setting aside verdict and granting a new trial unless plaintiff stipulated that the verdict of the jury be reduced from $7,500 to $2,500 reversed on the law and the facts, and the verdict of the jury in favor of the plaintiff for $7,500 unanimously reinstated, with costs. There was nothing inherently improbable in the testimony of the plaintiff. The amended contract having been broken by defendant, the plaintiff could sue on *quantum meruit*. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

GIZELLA POLTL, Respondent, v. JOSEPH CARACCIOLO and Others, Defendants, Impleaded with ANDREW M. O'CONNOR, Appellant.— Judgment reversed on the law and in the exercise of our discretion, and a new trial granted, costs to abide the event. We are of opinion that the amendment to the answer, sought by the defense, should have been allowed. (See Rules Civ. Prac., rule 166.) Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

FERDINAND POLTL, Respondent, v. JOSEPH CARACCIOLO and ANDREW M. O'CONNOR, Appellants, Impleaded with Others, Defendants.— Judgment reversed on the law and in the exercise of our discretion, and a new trial granted, costs to abide the event. We are of opinion that the amendment to the answer, sought by the defense, should have been allowed. (See Rules Civ. Prac., rule 166.) Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

THEODORE G. SMITH and JOHN B. JOHNSTON, as Receivers of JAMES IMBRIE and Others, Copartners, etc., Appellants, v. D. NAGASE & COMPANY, LTD., Respondent.— On reargument [See 204 App. Div. 844] the order denying motion to amend reversed on the law and the facts, and motion granted, on condition that within ten days plaintiffs pay to the defendant the taxable costs of the action to date, and costs of this appeal, together with the sum of $500. In default of such payment the order is affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

ABRAHAM BOTWINICK, Respondent, v. MAX J. ANNENBERG, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

THE CORPORATION OF FREDERICK SCHOLES, Appellant, v. THEODORE FICKE WAREHOUSES, Respondent.— Motion for reargument denied, without costs. Present — Kelly, P. J., Jaycox, Kelby and Young, JJ.; Kapper, J., taking no part.

CROWN LANDS CORPORATION OF STATEN ISLAND, Appellant, v. THE CORBIN LAND COMPANY, INC., Respondent.— Motion for reargument denied, with ten dollars costs. Present — Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ.

ALBERT G. DIMMERLING, Respondent, v. ARCHIE M. ANDREWS, Individually, Appellant, Impleaded with EDWARD M. BARNARD and Others, Defendants.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Jaycox, Kelby and Young, JJ.; Kapper, J., taking no part. Settle order on notice.

ALBERT G. DIMMERLING, Respondent, v. ARCHIE M. ANDREWS and Others, Appellants, Impleaded with THOMAS F. McGRATH, Defendant.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Jaycox, Kelby and Young, JJ.; Kapper, J., taking no part. Settle order on notice.

ALICE J. DIONYSIUS, Respondent, v. GEORGE H. DIONYSIUS, Appellant.—